# MICHAEL D. MONTEMARANO, P.A.

*Attorney and Counsellor at Law*

10630 LITTLE PATUXENT PARKWAY
SUITE 146
COLUMBIA, MARYLAND  21044
(410) 992-0067
FAX (410) 992-6915
email: montemarano67@gmail.com

April 22, 2014

Mr. R.J. Warren, Deputy Clerk
United States Court of Appeals
          for the Fourth Circuit
501 United States Court House Annex
1100 East Main Street
Richmond, VA 23219-3517

      Re:    *United States v. Roy Lee Clay*
             4th Cir. No.  13-4674 (L)

Dear Mr. Warren:

      I write to provide the requested response to the claims made by Mr. Clay relative to my representation of him in the instant appeal.

      Mr. Clay's claims are so detached from reality as to be nearly impossible to recognize.  He demanded the transcript from me before I was formally appointed, and before it has been completed, via a call from a friend of his, Ms. Fonda White.  I responded to him directly via letter dated November 5, 2013, informing him that I could do nothing until I was appointed, and reminding him that he was required to file a CJA 23 financial affidavit to have counsel appointed (copy attached).  You will remember that it took months for him to provide the CJA 23, notwithstanding repeated requests by your office.  I also pointed out that I would need information regarding the institutional requirements for him to receive a package before I could send the transcript.  In my experience, high security BOP institutions like USP Lee require advance authorization before they will permit the receipt of a package from counsel.

      Once appointed, I sent on December 5, 2013, my standard introductory letter for an appellate client.  In this letter I acknowledged again his request for the transcript, and referenced again the issue of a package authorization form for the transcript (copy attached), in that I had not received a response to my November letter.  At that point I also prepared a draft of the required motion to the Court for leave to have the transcript copied at CJA expense, which I intended to file once I received authorization.

      The transcript was complete on January 23, 2014.  Still not having heard from Mr. Clay, I wrote him again on January 30, 2014, again informing him that his transcript could be neither copied nor sent unless he provided advance authorization to me (copy attached).

Mr. R.J. Warren, Deputy Clerk
April 22, 2014
page 2 of 2


During this time I have not spoken with Mr. Clay's "family."  I have spoken at least three times with Ms. White, most recently at the end of last week.  This usually has taken the form of a return phone call by me when she has left a message on my voicemail.  Mr. Clay has not called me at any point, although you will note that my December 5 letter contains advance authorization regarding collect calls.  He has sent me a single letter suggesting authority for me to consider for the appeal.  This was dated December 5, nearly two months before the transcript was complete.  Beyond the calls from Ms. White, there has been no other contact from Mr. Clay.  I will note that I have received repeated calls from clients in the BOP, arranged through their case managers when they need to speak with me and cannot reach me, as Mr. Clay claims is his situation.  Apparently he has not availed himself of this option.

I have communicated the foregoing information to Ms. White, and requested she inform Mr. Clay that he should contact me directly, via collect call or letter, to take her out of the loop and ensure there is no confusion stemming from our communication.  When I contacted her today via telephone and inquired as to her view of whether I have been responsive to her inquiries, she stated "yes, always." I am hard pressed to understand how the sum of the foregoing supports Mr. Clay's claim that I have been "brush[ing] off" anyone, least of all Ms. White.

I also will note that I presently am involved in preparing the joint appendix with counsel for the two co-appellants, both of whom have little appellate experience, and I therefore am serving as lead appellate counsel.

Should you have a need for further information, please advise me.  Thank you for your attention to this.

Very truly yours,

/s/

Michael D. Montemarano

MDM/ap

cc:     Mr. Roy Lee Clay